# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEYEZ HANNA,** <br> **Plaintiff,** <br><br> v. <br><br> **SONNY PERDUE, JUSTIN KELLEY, JULIA HARTLEY AND DANA STAHL,** <br> **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 18-4555** |

# O R D E R

**AND NOW**, this 25th day of October, 2019, **UPON CONSIDERATION OF** Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute (ECF 32) **IT IS ORDERED THAT** Defendants' motion is **GRANTED**.

                                            **BY THE COURT:**

                                            **/s/Wendy Beetlestone, J.**

                                            _____
                                            **WENDY BEETLESTONE, J.**